UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr1612-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| TIMOTHY J. THOMPSON (01), DANIEL BROWN (02), | ) | ORDER |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the joint motion (docket no. 18 ) requesting the continuance of the motion hearing currently set for July 27, 2007, as to the above-captioned defendants, be continued to August 24, 2007, at 1:30 p.m.

IT IS **SO ORDERED.**

DATED: July 25, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge